In the Matter of SYLVIA GOLUB, Deceased. NORMAN GOLUB, Respondent; J. DAVID GOLUB, Appellant. (Matter No. 1.)

NORMAN GOLUB, Respondent, v JERRY DAVID GOLUB, Appellant. (Matter No. 2.)

Submitted June 20, 2016; decided September 8, 2016

Reported below, 2015 NY Slip Op 67154(U).

Motion for reargument etc. denied [*see* 27 NY3d 1015 (2016)].

Chief Judge DIFIORE and Judge GARCIA taking no part.

MARY JANE HAYES, Respondent, v WILLIAM AMES HAYES, Appellant.

Submitted July 5, 2016; decided September 8, 2016

Motion for reargument of motion etc. dismissed upon the ground that it does not lie (*see* Rules of Ct of Appeals [22 NYCRR] § 500.24 [e]) [*see* 27 NY3d 973 (2016)].

Chief Judge DIFIORE and Judge GARCIA taking no part.

JOHN G. ULLMAN & ASSOCIATES, INC., Appellant, v BCK PARTNERS, INC., et al., Respondents.

Submitted June 20, 2016; decided September 8, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

JOAN C. LIPIN, Appellant, v DAVID E. HUNT, Defendant, and DANSKE BANK et al., Respondents.

Submitted July 18, 2016; decided September 8, 2016

Motion for reargument denied [*see* 27 NY3d 1053 (2016)].